UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:

Raquel Desintonio

Case No.: __16-31881__

Judge: __SLM__

Chapter: __13__

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____attorney_____ in this matter. On __June 20, 2017__, a Loss Mitigation Order was entered concerning:

Property: _____454 Clarkson Ave, Elizabeth, NJ 07202_____

Creditor: _____

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on __July 15, 2017__.

For the reason(s) set forth below, the _____Debtor_____ hereby requests:

☑ An extension of the Loss Mitigation Period to __December 1, 2017__.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
The loan modification package was submitted. Requests were made by the lender for additional information which was provided. We are now waiting for a response

Dated: 10/17/17

/s/ Benjamin J. Ginter, Esq
Applicant's signature

*Revised 9/19/13*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:

Raquel Desintonio

Case No.: __16-31881__

Chapter: __13__

Judge: __SLM__

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __6-20-__ 2017 :

Property:    456 Clarkson Ave, Elizabeth, NJ 07202

Creditor:    SLS

and a Request for

- [x] Extension of the 90 day Loss Mitigation Period having been filed by ____debtor____, and for good cause shown

- [ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __12-1-17__.

The Loss Mitigation Period is terminated, effective _____.

2

*Revised 9/19/13*