UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:

Raquel Desintonio

Case No.: 16-31881

Judge: SLM

Chapter: 13

# APPLICATION FOR EXTENSION OR
# EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____ attorney _____ in this matter. On ___ June 20, 2017 ___, a Loss Mitigation Order was entered concerning:

Property:            454 Clarkson Ave, Elizabeth, NJ 07202

Creditor:            Ocwen Loan SVC

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on ___ July 15, 2017 ___.

For the reason(s) set forth below, the ___ debtor ___ hereby requests:

☑ An extension of the Loss Mitigation Period to ___ December 1, 2017 ___.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
The loan modification was submitted. Requests were made by the lender for additional information which was provided. We are now waiting for a response

Dated: 10/20/17

/s/ Benjamin J. Ginter, Esq
Applicant's signature

*Revised 9/19/13*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:
Raquel Desintonio

Case No.: 16-31881
Chapter: 13
Judge: SLM

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby ORDERED.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___6-20-2017___ :

Property:    456 Clarkson Ave, Elizabeth, NJ 07202

Creditor:    Ocwen Loan Svc

and a Request for

- [x] Extension of the 90 day Loss Mitigation Period having been filed by ___debtor___, and for good cause shown

- [ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___12-1-17___.

The Loss Mitigation Period is terminated, effective _____.

2

Revised 9/19/13