UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Order Filed on October 24, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Raquel Desintonio

| | |
|---|---|
| Case No.: | 16-31881 (SLM) |
| Chapter: | 13 |
| Judge: | Stacey L. Meisel |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/3/2017_____ :

Property:   454 Clarkson Avenue, Elizabeth, NJ 07202

Creditor:   Ocwen Loan

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor's Attorney_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____December 1, 2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2