UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:

Raquel Desintonio

Case No.: __16-31881__

Judge: __SLM__

Chapter: __13__

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____attorney_____ in this matter. On ____June 20, 2017____, a Loss Mitigation Order was entered concerning:

Property: _____454 Clarkson Ave, Elizabeth, NJ 07202_____

Creditor: SLS Loan

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on ___July 15, 2017___.

For the reason(s) set forth below, the ___Debtor___ hereby requests:

☑ An extension of the Loss Mitigation Period to ___December 1, 2017___.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
The loan modification package was submitted, Requests were made by the lender for additional information which was provided. We are now waiting for a response

Dated: 10/25/17

/s/ Benjamin J. Ginter, Esq
Applicant's signature

*Revised 9/19/13*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:

Raquel Desintonio

Case No.: 16-31881

Chapter: 13

Judge: SLM

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby ORDERED.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __6-20-2017__ :

Property: __456 Clarkson Ave, Elizabeth, NJ 07202__

Creditor: __SLS__

and a Request for

- [x] Extension of the 90 day Loss Mitigation Period having been filed by __debtor__ and for good cause shown,

- [ ] Early Termination of the Loss Mitigation Period having been filed by _____ and for good cause shown,

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __12-1-17__.

The Loss Mitigation Period is terminated, effective _____.

2

Revised 9/19/13