UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on October 24, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Raquel Desintonio

Case No.: _____16-31881 (SLM)_____

Chapter: _____13_____

Judge: _____Stacey L. Meisel_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ 1/3/2017 _____ :

Property: 454 Clarkson Avenue, Elizabeth, NJ 07202

Creditor: Ocwen Loan

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____ Debtor's Attorney _____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ December 1, 2017 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-31881-SLM
Raquel Desintonio                                                               Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Oct 25, 2017
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db            Raquel Desintonio,    454 Clarkson Ave,    Elizabeth, NJ    07202-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
        Benjamin Jamie Ginter    on behalf of Debtor Raquel  Desintonio gintr316@aol.com
        Denise E. Carlon    on behalf of Creditor   CitiBank, N.A., not in its individual capacity, but
         solely as Indenture Trustee, SACO I Trust 2006-12 Mortgage Backed Notes Series 2006-12
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Justin  Plean    on behalf of Creditor   U.S. Bank, National Association jplean@rasflaw.com,
         bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Marie-Ann  Greenberg    magecf@magtrustee.com

                                                                              TOTAL: 4