| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on October 26, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| IN RE:<br><br>    RAQUEL DESINTONIO | Case No.:  16-31881 SLM<br><br>Hearing Date:  10/25/2017 |

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 26, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): RAQUEL DESINTONIO

Case No.: 16-31881

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

THIS MATTER having come before the Court on 10/25/2017 on notice to BENJAMIN JAMIE GINTER, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a corrected application to extend loss mitigation by 10/30/2017 or the case will be dismissed; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 11/8/2017 at 9:00 AM.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-31881-SLM
Raquel Desintonio                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1            Date Rcvd: Oct 26, 2017
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2017.
db            Raquel Desintonio,    454 Clarkson Ave,    Elizabeth, NJ  07202-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2017 at the address(es) listed below:
    Benjamin Jamie Ginter    on behalf of Debtor Raquel  Desintonio gintr316@aol.com
    Denise E. Carlon    on behalf of Creditor   CitiBank, N.A., not in its individual capacity, but solely as Indenture Trustee, SACO I Trust 2006-12 Mortgage Backed Notes Series 2006-12 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Justin  Plean    on behalf of Creditor   U.S. Bank, National Association jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                            TOTAL: 4