| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____ | **Order Filed on November 2, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>Raquel Desintonio | Case No.:  __16-31881 (SLM)__<br><br>Chapter:  __13__<br><br>Judge:  __Stacey L. Meisel__ |

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____June 20, 2017_____ :

Property:      454 Clarkson Avenue, Elizabeth, NJ 07202

Creditor:      SLS Loan

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor's Attorney_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____December 1, 2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*