| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____ | **Order Filed on November 2,<br>2017 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>Raquel Desintonio | Case No.:     __16-31881 (SLM)__<br><br>Chapter:     __13__<br><br>Judge:     __Stacey L. Meisel__ |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2017**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____June 20, 2017____ :

Property:     454 Clarkson Avenue, Elizabeth, NJ 07202

Creditor:     SLS Loan

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____Debtor's Attorney____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____December 1, 2017____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Raquel Desintonio  
       Debtor

Case No. 16-31881-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 02, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.  
db         Raquel Desintonio,    454 Clarkson Ave,    Elizabeth, NJ   07202-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:  
         Benjamin Jamie Ginter    on behalf of Debtor Raquel  Desintonio gintr316@aol.com  
         Denise E. Carlon    on behalf of Creditor    CitiBank, N.A., not in its individual capacity, but solely as Indenture Trustee, SACO I Trust 2006-12 Mortgage Backed Notes Series 2006-12 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Justin  Plean    on behalf of Creditor    U.S. Bank, National Association jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
                                                                                           TOTAL: 4