**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Raquel Desintonio

| | |
|---|---|
| Case No.: | 16-31881-SLM |
| Hearing Date: | January 10, 2018 |
| Chapter: | 13 |
| Judge: | Stacey L. Meisel |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable  Stacey L. Meisel , United States Bankruptcy Judge.

**Reason for Hearing:**   Debtor's Certification in Opposition to Trustee's Certification of Default

**Location of Hearing:**   Courtroom No. 3 A
3rd Floor
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:**   January 10, 2018 at 9:00 AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: December 13, 2017

JEANNE A. NAUGHTON, Clerk

By: Nelson Dos Santos
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on  December 13 , 20 17  this notice was served on the following:

Debtor, Debtor's Counsel and Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: Nelson Dos Santos
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                 Case No. 16-31881-SLM
Raquel Desintonio                                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1              Date Rcvd: Dec 13, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
db          Raquel Desintonio,    454 Clarkson Ave,    Elizabeth, NJ  07202-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
      Benjamin Jamie Ginter    on behalf of Debtor Raquel  Desintonio gintr316@aol.com
      Denise E. Carlon    on behalf of Creditor    CitiBank, N.A., not in its individual capacity, but solely as Indenture Trustee, SACO I Trust 2006-12 Mortgage Backed Notes Series 2006-12 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Justin  Plean    on behalf of Creditor    U.S. Bank, National Association jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Miriam Rosenblatt    on behalf of Creditor    U.S. Bank, National Association bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
                                                                                                           TOTAL: 5