UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:
Raquel T. Desintonio

Case No.: 16-31881
Judge: SLM
Chapter: 13

## APPLICATION FOR EXTENSION OR EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____attorney_____ in this matter. On ____11/2/17____, a Loss Mitigation Order was entered concerning:

Property: _____454 Clarkson Ave, Elizabeth, NJ 07202_____

Creditor: Ocwen Loan Svc

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on ____12/1/17____.

For the reason(s) set forth below, the _____ hereby requests:

☑ An extension of the Loss Mitigation Period to ____2/1/18____.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
The lender for the first mortgage continues to request additional documents in review of debtors' loan mod application. We already secured a trial loan mod for the second mortgage last week.

Dated: 12/20/17

/s/ Benjamin J. Ginter, Esq
Applicant's signature

*Revised 9/19/13*