UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

**Order Filed on December 28, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Raquel Desintonio

Case No.:   __16-31881 (SLM)__

Chapter:   _____13_____

Judge:   __Stacey L. Meisel__

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 28, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   11/2/2017   :

Property:   454 Clarkson Avenue, Elizabeth, NJ 07202

Creditor:   Ocwen Loan Svc

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by   Debtor's Attorney  , and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including   2/1/2018   .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2