UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:
Raquel Desintonio

Case No.: 16-31881
Judge: SLM
Chapter: 13

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____attorney_____ in this matter. On _____10/24/17_____, a Loss Mitigation Order was entered concerning:

Property: _____454 Clarkson Ave, Elizabeth, NJ 07202_____
Creditor: SLS Loan

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on _____12/1/17_____.

For the reason(s) set forth below, the _____Debtor_____ hereby requests:

☑ An extension of the Loss Mitigation Period to _____April 1, 2018_____.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
Lender has offered a loan modification recently but we are waiting to finalize such agreement

Dated: 1/10/18

/s/ Benjamin J. Ginter, Esq
Applicant's signature

*Revised 9/19/13*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:

Raquel Desintonio

Case No.: 16-31881

Chapter: 13

Judge: SLM

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____10/24/17____ :

Property: ____454 Clarkson Ave, Elizabeth, NJ 07202____

Creditor: ____SLS Loan____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by ____debtor____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2