| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>    RAQUEL DESINTONIO |

Order Filed on January 11, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  16-31881 SLM

Hearing Date:  1/10/2018

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 11, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  RAQUEL DESINTONIO

Case No.:  16-31881

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 01/10/2018 on notice to BENJAMIN JAMIE GINTER, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an Application to extend Loss Mitigation as to the 2nd mortgage by 1/17/2018 or the case will be dismissed and the Debtor(s) must file an Application to extend Loss Mitigation on 1st mortgage by 2/2/2018 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that an Application to extend Loss Mitigation as to the 2nd mortgage and an Application to extend Loss Mitigation on 1st mortgage have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 2/14/2018 at 9:00 AM.