**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    RAQUEL DESINTONIO

Order Filed on January 11, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  16-31881 SLM

Hearing Date:  1/10/2018

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 11, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): RAQUEL DESINTONIO

Case No.: 16-31881

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 01/10/2018 on notice to BENJAMIN JAMIE GINTER, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an Application to extend Loss Mitigation as to the 2nd mortgage by 1/17/2018 or the case will be dismissed and the Debtor(s) must file an Application to extend Loss Mitigation on 1st mortgage by 2/2/2018 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that an Application to extend Loss Mitigation as to the 2nd mortgage and an Application to extend Loss Mitigation on 1st mortgage have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 2/14/2018 at 9:00 AM.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 16-31881-SLM
Raquel Desintonio                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 12, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db             Raquel Desintonio,    454 Clarkson Ave,    Elizabeth, NJ   07202-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
              Benjamin Jamie Ginter    on behalf of Debtor Raquel  Desintonio gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    CitiBank, N.A., not in its individual capacity, but
               solely as Indenture Trustee, SACO I Trust 2006-12 Mortgage Backed Notes Series 2006-12
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    U.S. Bank, National Association jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Miriam  Rosenblatt    on behalf of Creditor    U.S. Bank, National Association bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
                                                                                             TOTAL: 5