UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

Order Filed on January 19, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:
Raquel Desintonio

Case No.: 16-31881
Chapter: 13
Judge: SLM

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 19, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___10/24/17___ :

Property:    454 Clarkson Ave, Elizabeth, NJ 07202

Creditor:    SLS Loan

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by ___debtor___, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___April 18, 2018___.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*