Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16−31881−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raquel Desintonio
   454 Clarkson Ave
   Elizabeth, NJ 07202−3620

Social Security No.:
   xxx−xx−0159

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/16/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 16, 2018
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-31881-SLM
Raquel Desintonio                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Feb 16, 2018
                              Form ID: 148         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
db           Raquel Desintonio,    454 Clarkson Ave,    Elizabeth, NJ  07202-3620
cr          +U.S. Bank, National Association,    Robertson Anschutz & Schneid, P.L.,
             6409 Congress Ave, Suite 100,    Boca Raton, Fl 33487-2853
516501752    Greenpoint Mortgage,    1981 Marcus Ave,    New Hyde Park, NY  11042-2060
516501753   +Midland Funding,    7 Entin Road,    Parsippany, NJ 07054-5020
516501755   +Phelan Hallinan & Schmieg,    400 Fellowship Road, Suite 100,    Mt Laurel, NJ 08054-3437
516501756   +Specialized Loan Servicing,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
516715126    U.S. Bank National Association, as Trustee for Gre,    Ocwen Loan Servicing LLC,
             Attn:  Bankruptcy Department,    PO Box 24605,    West Palm Beach, FL 33416-4605
516701714   +Wilmington Trust, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2018 22:21:20      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2018 22:21:18      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516501754   +Fax: 407-737-5634 Feb 16 2018 22:44:22      Ocwen Loan Servicing,
             1661 Worthington Rd, Suite 100,    West Palm Beach, FL 33409-6493
516501757   +EDI: USBANKARS.COM Feb 16 2018 22:18:00      Us Bank Home Mortgage,    4801 Frederica St,
             Owensboro, KY 42301-7441
                                                                                  TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                        Signature:   /s/Joseph Speetjens

─────────────────────────────────────────────────────────────────────────────

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
          Benjamin Jamie Ginter   on behalf of Debtor Raquel  Desintonio gintr316@aol.com
          Denise E. Carlon   on behalf of Creditor   CitiBank, N.A., not in its individual capacity, but
           solely as Indenture Trustee, SACO I Trust 2006-12 Mortgage Backed Notes Series 2006-12
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Justin Plean   on behalf of Creditor    U.S. Bank, National Association jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Miriam Rosenblatt   on behalf of Creditor    U.S. Bank, National Association bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
                                                                                  TOTAL: 5